COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Ex parte Joseph Gomez

Appellate case number:    01-20-00004-CR & 01-20-00005-CR

Trial court case number:   1657519 & 1657521

Trial court:                      338th District Court of Harris County

Joseph Gomez has filed a motion to maintain the status quo and permit him to remain free on bond pending review by the Court of Criminal Appeals.

The State has filed a petition for discretionary review in the Court of Criminal Appeals.

We dismiss this motion for lack of jurisdiction. *See Vidales v. State*, 471 S.W.3d 457, 458 (Tex. Crim. App. 2015) (holding that court of appeals does not retain plenary jurisdiction after a petition for review is filed in the Court of Criminal Appeals); *see also* TEX. R. APP. P. 19.2 (providing that plenary power of court of appeals continues after the filing of a petition for review in the Supreme Court but not extending the rule to the Court of Criminal Appeals).

It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
                           ☐ Acting individually    ☑ Acting for the Court


Panel consists of Justices Keyes, Kelly, and Landau.

Date:    ___September 3, 2020_____